

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Zane Dabney Henry,

\* From the County Court at Law
of Brown County,
Trial Court No. P2000041.

Vs. No. 11-21-00055-CV

\* June 17, 2021

Teresa Henry, Administratrix of
the Estate of Timothy Henry,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Zane Dabney Henry's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Zane Dabney Henry.